**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| ROBERT MILLION, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK,<br><br>Defendant, | Case No: 4:26-cv-00302-RGE-HCA |

**JOINT MOTION FOR EXPEDITED RELIEF TO EXTEND DEFENDANT CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure Rule 6(b)(1)(A) and Southern District Court of Iowa, Local Rule 7(i), Plaintiff ROBERT MILLION, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant, CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK ("Intoxalock") (collectively the "Parties"), by and through their undersigned counsel, hereby jointly move to continue Defendant's deadline to respond to Plaintiff's Class Action Complaint (the "Complaint"). Plaintiff served their Complaint on Intoxalock on July 28, 2026. Accordingly, Intoxalock's responsive pleading to the Complaint is currently due on August 18, 2026.

Plaintiff and Intoxalock met and conferred about the instant action and agree that good cause exists for an extension of Defendant's responsive pleading deadline to allow the parties time to properly evaluate the claims. The Parties stipulate to continue Defendant's responsive pleading deadline by 30 days. Accordingly, Defendant's new responsive pleading deadline is now September 17, 2026.

To date, there have been no prior continuances of Defendant's responsive pleading deadline. At this time the only court imposed deadline is a Rule 16 Notice of Dismissal deadline on October 26, 2026.

Pursuant to Southern District Court of Iowa, Local Rule 7(i), the undersigned counsel contacted the chambers of the assigned judge via phone to alert the Court to this request for expedited relief.

Dated: August 18, 2026

/s/ J. Barton Goplerud
J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: goplerud@sagwlaw.com
marty@sagwlaw.com

Jeff Ostrow*
**KOPELOWITZ OSTROW PA**
One W Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

***Attorneys for Plaintiff and the Proposed Class and Subclass***

Dated: August 18, 2026

/s/ William J. Miller
William J. Miller
**DORSEY & WHITNEY LLP**
801 Grand Ave., Suite 4100
Des Moines, IA 50309
(515) 699-3281 - Office
Email: miller.william@dorsey.com

Dennis N. Lueck, Jr. *pro hac vice* forthcoming
**MULLEN COUGHLIN LLC**
3065 Center Green Drive, 2nd floor
Boulder, CO 80301
(267) 930-4679 - Office
(267) 230-3959 - Mobile
Email: dlueck@mullen.law

***Attorneys for Defendant,* Consumer Safety Technology, LLC d/b/a Intoxalock**