**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| ROBERT MILLION, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER SAFETY TECHNOLOGY, LLC d/b/a INTOXALOCK,<br><br>Defendant. | Case No. 4:26-cv-00302-RGE-HCA |

**PLAINTIFF'S NOTICE OF WITHDRAW AS TO JEFF OSTROW**

PLEASE TAKE NOTICE that Jeff Ostrow of Kopelowitz Ostrow P.A., pursuant to Southern District of Iowa L.R. 83(d)(6), hereby withdraws as counsel for Plaintiff Robert Million. Plaintiff will continue to be represented by J. Barton Goplerud and Brian O. Marty from Shindler Anderson Goplerud & Weese P.C., and Steven Sukert from Kopelowitz Ostrow P.A.

Dated: August 24, 2026

Respectfully submitted,

*/s/ J. Barton Goplerud*

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
SHINDLER ANDERSON GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Tel: (515) 223-4567
F: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

Steven Sukert (*pro hac vice*)
**KOPELOWITZ OSTROW P,A.**
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301

Tel: (954) 525-4100
sukert@kolawyers.com

*Attorneys for Plaintiff and The Proposed Class*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 24, 2026, the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice to all counsel of record.

*/s/ J. Barton Goplerud*
J. Barton Goplerud