IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| ROBERT MILLION, *on behalf of himself and all others similarly situated*<br><br>Plaintiff(s)<br>vs.<br>CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 4:26-cv-00302-RGE-HCA<br><br>Corporate Disclosure/ Statement of Interest |

This Corporate Disclosure statement is filed on behalf of Consumer Safety Technology, LLC d/b/a Intoxalock in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(1), and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party, or intervenor, hereby declares as follows:**

☐ The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

☑ The party/intervenor has the following parent corporations(s): (Attach additional pages if needed.)

Interlock Topco, LP Relationship Parent Entity

Interlock Parent, Inc, Relationship Parent Entity

☐ The following publicly held corporations(s) own 10% or more of the party/intervenor's stock: (Attach additional pages if needed.)

__________ Relationship __________

__________ Relationship __________

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Date: September 16, 2026

/s/ William J. Miller

William J. Miller, AT005414

Dorsey & Whitney LLP

801 Grand Ave., Suite 4100
Des Moines, IA 50309

**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF IOWA**

ROBERT MILLION, *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK,

Defendant,

Case No: 4:26-cv-00302-RGE-HCA

**CORPORATE DISCLOSURE / STATEMENT OF INTEREST (ADDITIONAL PAGES)**

| Related Entity | Relationship |
|---|---|
| Interlock Holdco, LLC | Parent Company |
| Interlock Intermediate, LLC | Parent Company |
| CST Holding Company | Parent Company |
| CST Intermediate Holdings I, Inc. | Parent Company |
| CST Intermediate Holdings II, Inc. | Parent Company |
| CST Buyer Company dba Mindr | Parent Company |