# AFFIDAVIT OF SERVICE

Southern Dist of Iowa

STATE OF IOWA )
)
COUNTY OF POLK )

Case No: 4:26-cv-00302-R6E-HCA
Date Received: 7 /28 /26

I, being first duly sworn, depose and say that I received and served:

- ______ Original Notice
- ______ Petition
- __X__ Jury Demand
- ______ Subpoena Duces Tecum
- ______ Petition for Dissolution of Marriage
- ______ Family Law Case Requirements Order
- ______ Order: Pretrial Conf / Discovery
- ______ Subpoena
- ______ Notice of Past Due Rent
- ______ Notice of Termination of Tenancy
- ______ Confidential Information Form
- ______ Verification of Account
- ______ Order Re: Mediation of Temporary Matters and Setting Hearing
- ______ Notice of Forfeiture of Real Estate Contract
- ______ Order
- ______ Application for Rule to Show Cause
- ______ Rule to Show Cause / Order for Hearing
- ______ Application for Hearing of Temporary Issues
- __X__ Summons
- __X__ Complaint
- ______ Notice to Quit
- ______ Notice of Nonpayment of Rent and Intention to Terminate Rental Agreement
- ______ Appearance and Answer
- ______ Notice Non-judicial Foreclosure
- ______ Demand Letter
- ______ Exhibit ______
- ______ Other ______
- ______ Attachments

Person Served: Consumer Safety Technology

Date Served: 7-28-26 / 1:18 A.M./ P.M.

505-5th Ave #729 DSM-Ia
(Address)

Manner of Service

- ______ Personally
- ______ Dwelling House, to person residing therein who was over the age of 18.
- ______ Apartment Building
- ______ Spouse, who lives at the dwelling house.
- __X__ Corporation/State Official

C/o Corporation Service Co. Reg Agent
NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED

Service Fee: 75

[signature]
Subscribed and sworn to me by Wendy Young
this 28 day of July, 2026

[signature]
Notary Public for the State of Iowa

NOTARIAL SEAL IOWA
JULIET GRATIAS
Commission Number 870506
My Commission Expires
February 3, 2029