**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| ROBERT MILLION, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK,<br><br>Defendant, | Case No: 4:26-cv-00302-RGE-HCA |

**JOINT MOTION FOR EXPEDTED RELIEF TO EXTEND DEFENDANT CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure Rule 6(b)(1)(A) and Southern District Court of Iowa, Local Rule 7(i), Plaintiff ROBERT MILLION, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant, CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK ("Intoxalock") (collectively the "Parties"), by and through their undersigned counsel, hereby jointly move to continue Defendant's deadline to respond to Plaintiff's Class Action Complaint (the "Complaint"). Currently, Intoxalock's responsive pleading to the Complaint is due on September 17, 2026.

Plaintiff and Intoxalock met and conferred about the instant action and agree that good cause exists for an extension of Defendant's responsive pleading deadline to allow the parties time to further evaluate the claims and determine future handling of this matter. Accordingly, the Parties jointly move to continue Defendant's responsive pleading deadline by an additional 30 days. Accordingly, Defendant's new responsive pleading deadline would be October 19, 2026.

To date, there has only been one prior continuance of the Defendant's responsive pleading deadline however the Parties agree there is good cause to extend Defendant's responsive pleading

time an additional time. At this time the only court imposed deadline is a Rule 16 Notice of Dismissal deadline on October 26, 2026.

Pursuant to Local Rule 7(i), the undersigned counsel will contact the chambers of the assigned judge via phone to alert the Court to this request for expedited relief.

Dated: September 16, 2026

/s/ J. Barton Goplerud
J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265-5749
Tel: (515) 223-4567
Email: goplerud@sagwlaw.com
marty@sagwlaw.com

Jeff Ostrow*
**KOPELOWITZ OSTROW PA**
One W Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

***Attorneys for Plaintiff and the Proposed Class and Subclass***

Dated: September 16, 2026

/s/ William J. Miller
William J. Miller, AT0005414
**DORSEY & WHITNEY LLP**
801 Grand Ave., Suite 4100
Des Moines, IA 50309
Tel: (515) 283-1000
Email: miller.william@dorsey.com

Dennis N. Lueck, Jr. *pro hac vice* forthcoming
**MULLEN COUGHLIN LLC**
3065 Center Green Drive, 2nd floor
Boulder, CO 80301
Tel: (267) 930-4679
Email: dlueck@mullen.law

***Attorneys for Defendant,*** **Consumer Safety Technology, LLC d/b/a Intoxalock**