**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| ROBERT MILLION, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK,<br><br>Defendant, | Case No: 4:26-cv-00302-RGE-HCA |

**DEFENDANT CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK'S MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, MOTION TO CONSOLIDATE PLAINTIFF'S COMPLAINT WITH ONGOING CONSOLIDATED MATTER**

**(Oral Argument Requested)**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Consumer Safety Technology, LLC D/B/A Intoxalock. ("Intoxalock") moves to dismiss the Plaintiff's Complaint for lack of standing and lack of subject matter jurisdiction under Article III of the United States Constitution, and for failure to state a claim. The reasons are explained in depth in a brief in support of this Motion filed contemporaneously herewith. In the alternative, should Intoxalock's motion to dismiss not be granted, Intoxalock moves to consolidate the Plaintiff's Complaint with the ongoing consolidated matter *Praznik, et al. v. Consumer Safety Technology, LLC D/B/A Intoxalock,* Case No. 4:26-cv-00130-SMR-HCA, pursuant to Federal Rule of Civil Procedure 42. In accordance with Local Rule 7, this Motion is based on Intoxalock's Brief in Support to this Motion and Declaration of Edgar F. Navarrete. Furthermore, Intoxalock respectfully requests oral argument on its Motion to Dismiss to address the myriad legal issues underlying the motion and to permit it to address any questions related to its alternative request for consolidation of this case with *Praznik*.

WHEREFORE, Intoxalock respectfully requests that the Court enter an order dismissing Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) or, alternatively, consolidate the Plaintiff's Complaint with the ongoing consolidated matter *Praznik, et al. v. Consumer Safety Technology, LLC D/B/A Intoxalock,* Case No. 4:26-cv-00130-SMR-HCA, and granting such other relief as the Court deems appropriate.

Dated: October 26, 2026

/s/ William J. Miller

William J. Miller (AT0005414)
DORSEY & WHITNEY LLP
801 Grand Avenue, Suite 4100
Des Moines, IA 50309
Tel: (515) 283-1000
Fax: (515) 864-0330
E-mail: miller.william@dorsey.com

Dennis N. Lueck, Jr. (*pro hac vice* forthcoming)
Edgar F. Navarrete (*pro hac vice* forthcoming)
MULLEN COUGHLIN LLC
3065 Center Green Drive, 2nd floor
Boulder, CO 80301
Tel: (267) 930-4679
E-mail: dlueck@mullen.law
enavarrete@mullen.law

***Attorneys for Defendant*, Consumer Safety Technology, LLC d/b/a Intoxalock**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 26, 2026 the foregoing instrument was served upon all parties to the above case and/or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings:

By: Electronic Filing and/or
_____ U.S. Mail _____ FAX
_____ Hand Delivered _____ Overnight Courier
_____ E-mail _____ Other _____

/s/ William J. Miller