**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| ROBERT MILLION, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER SAFETY TECHNOLOGY, LLC D/B/A INTOXALOCK,<br><br>Defendant, | Case No: 4:26-cv-00302-RGE-HCA |

**ATTORNEY DECLARATION IN SUPPORT OF MOTION TO CONSOLIDATE PLAINTIFF'S COMPLAINT WITH ONGOING CONSOLIDATED MATTER**

I, Edgar Navarrete, declare as follows:

1. I am an associate attorney at the law firm of Mullen Coughlin, LLC, counsel of record for the Defendant, Consumer Safety Technology, LLC dba Intoxalock (hereafter "Defendant").

2. I am a member in good standing with the State Bar of California and I am admitted to appear *pro hac vice* as counsel for the Defendant in the litigation, *Praznik, et al. v. Consumer Safety Technology, LLC D/B/A Intoxalock,* Case No. 4:26-cv-00130-SMR-HCA (hereafter "*Praznik Litigation*").

3. I make this Declaration based on my personal knowledge of the matters set forth herein and based on my active participation in all material aspects of this litigation. If called upon to do so, I could testify competently thereto.

4. On September 16, 2026, I conferred with counsel for Plaintiff, Robert Million (hereafter "Plaintiff") over the phone to discuss whether Plaintiff would agree to voluntarily consolidate the claims raised in the instant action with the *Praznik Litigation*.

5. Plaintiff's counsel advised that Plaintiff refused to voluntarily consolidate his claims with *Praznik Litigation*.

6. Accordingly, I informed Plaintiff's counsel that Defendant would unilaterally move to consolidate the instant litigation and the *Praznik Litigation*

7. I make this declaration in support of Defendant's Motion to Consolidate the instant action with the *Praznik Litigation* pursuant to Local Rule LR 7(k).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and accurate

Dated: October 26, 2026

*/s/ Edgar F. Navarrete*
Edgar F. Navarrete