**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| ROBERT MILLION, on behalf of himself and all others similarly situated,<br><br>v.<br><br>Plaintiff,<br><br>CONSUMER SAFETY TECHNOLOGY, LLC d/b/a INTOXALOCK,<br><br>Defendant, | Case No.: 4:26-cv-00302-RGE-HCA |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Robert Million voluntarily dismisses this action against the above-named Defendant without prejudice.

Dated: November 10, 2026.

Respectfully submitted,

*/s/ Brian O. Marty*
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
**SHINDLER ANDERSON GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Tel: (515) 223-4567
goplerud@sagwlaw.com
marty@sagwlaw.com

Steve Sukert (*pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
One W Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
sukert@kolawyers.com

*Attorneys for Plaintiff and The Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certified that on November 10, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Brian O. Marty*
Brian O. Marty